IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Conners, Ruby | Case Number: 07 B 19224 |
| | Judge: Squires, John H |
| Printed: 03/03/09 | Filed: 10/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 21, 2009
Confirmed: December 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,755.00 | |
| Secured: | | 3,921.77 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,355.50 |
| Trustee Fee: | | 477.73 |
| Other Funds: | | 0.00 |
| Totals: | 7,755.00 | 7,755.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,355.50 | 3,355.50 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 6,533.35 | 1,763.98 |
| 4. | Countrywide Home Loans Inc. | Secured | 12,715.94 | 2,157.79 |
| 5. | Santander Consumer USA | Unsecured | 805.47 | 0.00 |
| 6. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 7. | M Gerald & Associates | Unsecured | | No Claim Filed |
| 8. | CBA | Unsecured | | No Claim Filed |
| 9. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 10. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 11. | Long Beach Acceptance Corp | Unsecured | | No Claim Filed |
| 12. | M Gerald & Associates | Unsecured | | No Claim Filed |
| 13. | M Gerald & Associates | Unsecured | | No Claim Filed |
| 14. | M Gerald & Associates | Unsecured | | No Claim Filed |
| 15. | Medical Collections | Unsecured | | No Claim Filed |
| 16. | Medical Collections | Unsecured | | No Claim Filed |
| 17. | Medical Collections | Unsecured | | No Claim Filed |
| 18. | Medical Collections | Unsecured | | No Claim Filed |
| | | | $ 23,410.26 | $ 7,277.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 139.59 |
| 6.5% | 201.66 |
| 6.6% | 136.48 |
| | $ 477.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Conners, Ruby | Case Number: 07 B 19224 |
| | Judge: Squires, John H |
| Printed: 03/03/09 | Filed: 10/17/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*